FILED

MAY 28 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  AMBER S. ROSEN (CABN 160380)
   Special Assistant United States Attorney
5
6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       Fax: (408) 535-5066
8      Amber.Rosen@usdoj.gov

9  Attorneys for United States of America

10                   UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                         SAN JOSE DIVISION

13
14  UNITED STATES OF AMERICA,            )   NO. CR 14-00404 ~~EXE~~ DLJ
                                         )
15         Plaintiff,                    )   MOTION FOR DISMISSAL
                                         )
16      v.                               )
                                         )
17  SAUL GUIDO-LOPEZ,                    )
                                         )
18         Defendant.                    )
    _____)

19
20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
21  States Attorney for the Northern District of California dismisses the Indictment without prejudice in the
22  above-referenced case and asks that the arrest warrant be recalled.

23  DATED: May 21, 2015                      Respectfully submitted,

24                                           MELINDA HAAG
                                             United States Attorney
25
26                                           [signature]

27                                           _____
                                             AMBER ROSEN
28                                           Assistant United States Attorney

MOTION FOR DISMISSAL (CR 14-00404 EXE)

1  Leave is granted to the government to dismiss the Indictment and the arrest warrant is hereby
2  recalled.
3
4
5  Date: May 28, 2015                                   _____
                                                        THE HONORABLE
6                                                       United States District Judge
7

MOTION FOR DISMISSAL (CR 14-00404 EXE)